⭐ <u>Please finish reading all this letter before you trash it.</u> ⭐ 9-22-15
82,285-01

ATTN: Abel Acosta,

I recently found out that my attorney, Peter Ryba, passed away. He had filed the writ 11.07 and was in the process of filing the Federal writ, in which the deadline is only a couple months away. (11-24-15)

He was doing my case pro bono and with his sudden death and notification of his death leaves me short on time to find another attorney. It took me 12 years to find him. Every road I have taken has been a dead end. Years ago I had a Private Investigator working my case and he passed away.

I know that some how I have to request for more time but I don't know who I write or if there's a certain form. If there is a form in our Unit Law Library I am not able to get access to it because we are locked down and the <del>staff</del> will not make copies.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

I'm also under the impression that another 11.07 can be filed claiming his death which makes him ineffective, that will start me over to the original writ 11.07 to re-do claims by another attorney or me. Is this true?

Since I am indigent is it possible for the courts to give me a court appointed attorney? If so, how do I go about doing this?

I understand that this is not in your job discription but could you find it in your heart to give me some useful advise or possibly know somebody that could help me?

As you can see I'm in desperate need of some kind of help.

I also understand your an extremely busy person but if you could spare a few minutes of your time I would greatly appreciate it.

If it makes any difference I'm fighting for my freedom of wrongful conviction. I have claim my innocence from the start. I was only 24 when this happened and totally dumb to the law and no money. I had a court appointed attorney that didn't fight for me nor call witnesses on my behalf and was sleeping during the last couple days of my trial. There's a whole lot more but I've already gone long winded on you.

Please help me or pass my information to someone that can possibly help me.

Sincerely,
Tammy Robbins #1196199

Trial Court # F.13,260-A
Writ 11.07 - WR-82,285-01